**Exhibit A to the Complaint**

**Location:** Lafayette, CO

**Total Works Infringed:** 24

**IP Address:** 76.154.64.196

**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 213DF7D1428C1419F9A8A1CBEF12F4E97382EB80<br>File Hash:<br>043552A5F8DA1B4EF9792D6B63059CA4FD54283A1B253AE118AF8289289488C7 | 03/02/2024<br>01:14:07 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 2 | Info Hash: 2AB2B0C7998ECFEEFB3DC78ED9EF9F4BE454B664<br>File Hash:<br>49C252E2427824B26844F6B41C9CBB25D2B9154D173D635C84E1FCCEF34BDC7A | 02/10/2024<br>15:41:50 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 3 | Info Hash: 5EB25FED87D1D568552BD05D09C217D7715631CE<br>File Hash:<br>DCEFE6EE608E66DBD51D1BEF21E35D49AF36B88A9FCCDC4267A4401D85FADB4B | 01/18/2024<br>02:45:49 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 4 | Info Hash: 93F9C0FC1BC519FABEDE84568F8D88CB918D0B00<br>File Hash:<br>846F566F0A93019B26705CB2D673F7EDCB71CC9FCD71A4C2754B177838AC175E | 01/06/2024<br>22:56:52 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 5 | Info Hash: 2F89CA66DC136497CCDDE978DD791227B439633E<br>File Hash:<br>318244A4567999EE5476B6C244E0386C2F0FE518B1659084D4DE897C92185AC6 | 01/06/2024<br>22:01:33 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 6 | Info Hash: AEA4DFE32FA021942720D9FCE9B8F8C74C151EC7<br>File Hash:<br>6832FEFE3948D2ECFBF858C6D2E4A046529669463511A54A532ADE636F405151 | 12/09/2023<br>05:27:42 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 7 | Info Hash: 743E5CF68F141EEDA55446722F9B6D2B8E0A6F2F<br>File Hash:<br>E0AA8C83AD05C3E6E1DC35047D904119C63DEBFAE091981018E4EDBE768A3978 | 09/17/2023<br>14:04:26 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 8 | Info Hash: 124B0D68F9C3D84844617784C0772D7E17AE3CFC<br>File Hash:<br>AC76BE5D76A1FDFB11727DDC58FC55B708C3C00A1C8D4E80B23C4DE65977AA9F | 09/02/2023<br>01:54:11 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 9 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 08/30/2023<br>18:09:13 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 10 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 08/12/2023<br>15:09:57 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 11 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash:<br>EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 07/29/2023<br>16:05:58 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 493C22A4DCBF1BE24A8D50B6B8A386B44ED82097<br>File Hash:<br>CA85C9705E779A3DA2EA86B8EF1079FB80E069231510A0C60BFFDAD55E24F16B | 07/18/2023<br>14:06:57 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 13 | Info Hash: 1107E7EB779285617620C4C2EA293192E40667D7<br>File Hash:<br>77D6D5D7075B0BD4556B3159DBAA3FD39C547A0B8BDA34F1F3E9CD0A022A4DD7 | 07/15/2023<br>23:27:51 | Vixen | 06/08/2018 | 07/14/2018 | PA0002128445 |
| 14 | Info Hash: 768FEBBF87383AC1B5FE2F827B423121E480949E<br>File Hash:<br>E0DCE91A519211C3C8BCF1E67A6F8BEDA4E91B3DB0BAE2C4AC3E554860AD484C | 05/16/2023<br>01:22:10 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 15 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash:<br>8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05/07/2023<br>13:59:33 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 16 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 04/27/2023<br>03:31:41 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 17 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash:<br>BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 04/17/2023<br>02:26:57 | Vixen | 08/27/2021 | 09/30/2021 | PA0002319735 |
| 18 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash:<br>FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 04/17/2023<br>02:26:46 | Vixen | 08/19/2022 | 08/30/2022 | PA0002367752 |
| 19 | Info Hash: 56F7F3AE6C6B879BAD103633C0F43355BAB983A1<br>File Hash:<br>446B5CAC3B253205CBC2B8CC57BB5299654F1CF651C5A19724CE25A6F87E4418 | 04/11/2023<br>02:40:48 | Vixen | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 20 | Info Hash: 589371E52B36F4957B9E36CFD70F1164B303150B<br>File Hash:<br>0111D11EDDDCFB91FEACC137329C2212EFEE3BCF0DD0B1D749598FFCD006FE92 | 04/02/2023<br>14:58:43 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 21 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash:<br>DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 03/02/2023<br>04:39:33 | Vixen | 07/09/2021 | 08/20/2021 | PA0002312016 |
| 22 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash:<br>D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 03/01/2023<br>14:32:17 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 23 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 02/25/2023<br>15:07:13 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A3CA2F4F3AA1FCD62C57F6499C12D2EA8F465601<br>File Hash:<br>9EAB2D4B528837CC92D86E726F5E433BDBCA94D3EC76B93AC1C1842CFE7D7776 | 02/22/2023<br>01:57:15 | Vixen | 05/14/2017 | 06/22/2017 | PA0002039297 |